# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | | |
|---|---|---|
| Case No.: | 18-32261-DOF | |
| Case Name: | RANKIN, SEGRID A | |
| For the Period Ending: | 1/14/2019 | |

| | |
|---|---|
| Trustee Name: | Samuel D. Sweet |
| Date Filed (f) or Converted (c): | 09/26/2018 (f) |
| §341(a) Meeting Date: | 11/01/2018 |
| Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  6300 Pinecroft Court Flint, MI - 48532-0000 Genesee County | $181,557.00 | Unknown | | $0.00 | Unknown |
| 2  Make: Mitsubishi Model: Mirage Year: 2018 | $15,000.00 | $0.00 | | $0.00 | FA |
| 3  Furniture | $3,500.00 | $0.00 | | $0.00 | FA |
| 4  Washer & Dryer & Television Furniture Lease through Aaron's Rental, Approx Balance $2,321.00, Monthly Payment $211.00 | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  Electronics | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 7  Jewelry | $450.00 | $0.00 | | $0.00 | FA |
| 8  Cash | $5.00 | $0.00 | | $0.00 | FA |
| 9  Checking and Savings Huntington Bank | $10.00 | $0.00 | | $0.00 | FA |
| 10  Anticipated 2018 Tax Returns Pro Rated Federal & State | $750.00 | $0.00 | | $0.00 | FA |
| 11  Term Life Insurance - Through GM ; Beneficiary: $10,000.00 | $0.00 | $0.00 | | $0.00 | FA |
| 12  Land Contract to Tylo hamilton and kandance hamilton at 6300 Pinecroft Court Flint, MI | $95,000.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**          $299,672.00          $0.00

**Gross Value of Remaining Assets**          $0.00          $0.00

**Major Activities affecting case closing:**
11/05/2018    Trustee is investigating value of Debtor's home.

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 09/26/2020 | /s/ SAMUEL D. SWEET |
| Current Projected Date Of Final Report (TFR): | 09/26/2020 | SAMUEL D. SWEET |